

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00359-CV

IN RE GARY WAYNE TARVER                                 RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's "Second Petition For Factual Review And Sufficiency Of Evidence On Felony DWI Case In Hood Co., Texas," which we have construed as a petition for writ of mandamus. The court is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: MCCOY, GARDNER, and GABRIEL, JJ.

DELIVERED: August 29, 2012

---

[1]See Tex. R. App. P. 47.4, 52.8(d).